THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VALENTIN MERCADO-SANCHEZ,<br>VALENTIN MERCADO, Jr., and<br>ALEJANDRO CORONA SANCHEZ,<br><br>　　　　　　Defendants. | NO. CR06-391RSL<br><br>ORDER GRANTING PRE-TRIAL MOTIONS CUTOFF AND TRIAL DATE CONTINUANCE |

## ORDER

The Court having reviewed the government's motion to continue the pre-trial motions cutoff and trial date as well as records and files herein and after a hearing on this matter makes the following findings and enters the following order:

1. The government has produced discovery although it anticipates that it will supplement discovery when documents become available.

2. Newly-appointed defense counsel have not yet completed reviewing the discovery or to view all of the evidence against his respective client.

3. Additional time is needed for defense counsel and the government to meet and confer regarding the evidence in this case, the possibility of a pre-trial resolution or to fully prepare for trial.

4. The ends of justice outweigh the best interest of the public and the defendants in a speedy trial. That failure to grant a continuance based upon the parties' need to prepare the matter for trial would result in a miscarriage of justice.

ORDER CONTINUING TRIAL
MERCADO-SANCHEZ, et al.— 1

1    5.    The government and defendants Valentin Mercado-Sanchez, Valentin
2 Mercado, Jr. and Corona Sanchez request and stipulate to a continuance.  Defendants
3 Mercado-Sanchez and Mercado, Jr. have filed written waivers of speedy trial and Corona
4 Sanchez shall do so no later than January 19, 2007.
5    IT IS HEREBY ORDERED that the pretrial motions cutoff date is
6 continued to February 9, 2007.
7    IT IS FURTHERED ORDERED that the trial date is continued from
8 January 8, 2007, to March 19, 2007.
9    IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
10 Section 3161(h), the period of time from the current trial date to the new trial date, for all
11 defendants, is excluded in the computation of time under the Speedy Trial Act as this is a
12 reasonable period of delay.

DONE this 8th day of January, 2007.

_____
Robert S. Lasnik
United States District Judge

Presented by:

 /s Patricia C. Lally
PATRICIA C. LALLY
Assistant United States Attorney
WA Bar # 28910
United States Attorney's Office
700 Stewart Street, Suite 5100
Seattle, WA 98101-3909
Telephone: (206) 553-2619
Fax: (206) 553-0755
E-mail: patricia.lally@usdoj.gov

ORDER CONTINUING TRIAL
MERCADO-SANCHEZ, et al.— 2